IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MARNIESHEIA PERRYMOND,

   Plaintiff,

     v.

LOCKHEED MARTIN
CORPORATION
doing business as
Lockheed Martin Aeronautics Co., et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:09-CV-1936-TWT

## ORDER

This is an employment discrimination action. It is before the Court on Report and Recommendation [Doc. 3] of the Magistrate Judge recommending that the Plaintiff's claims against the Defendant Wood be dismissed as frivolous and that all other federal and state law claims be permitted to proceed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Plaintiff's Title 7 and Americans With Disabilities Act claims against the Defendant Wood are DISMISSED. The Court suggests that the Magistrate Judge issue an order regarding the Plaintiff's initial disclosures and completion of the service forms.

T:\ORDERS\09\Perrymond\r&r.wpd

SO ORDERED, this 12 day of August, 2009.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge