IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **MARNIESHEIA PERRYMOND,** | : | |
| | : | |
|     **Plaintiff,** | : | |
| | : | **CIVIL ACTION FILE NO.** |
| **v.** | : | **1:09-CV-01936-TWT-AJB** |
| | : | |
| **LOCKHEED MARTIN** | : | |
| **CORPORATION** | : | |
| *d/b/a Lockheed Martin* | : | |
| *Aeronautics Co.*, **GLOBAL** | : | |
| **CONTRACT PROFESSIONALS,** | : | |
| and **DR. MARK WOOD,** | : | |
| | : | |
|     **Defendants.** | : | |

| | | |
|---|---|---|
| **MARNIESHEIA PERRYMOND,** | : | |
| | : | |
|     **Plaintiff,** | : | |
| | : | **CIVIL ACTION FILE NO.** |
| **v.** | : | **1:10-CV-01109-TWT-AJB** |
| | : | |
| **MARK S. WOOD,** | : | |
| | : | |
|     **Defendant.** | : | |

**O R D E R**

Currently before the Court is the parties' Joint Motion to Consolidate Cases and Extend Discovery. [Doc. 95 in *Perrymond v. Lockheed Martin Corporation*, *et al.*, 1:09-cv-1936; Doc. 9 in *Perrymond v. Wood*, 1:10-cv-1109]. The Court **GRANTS** the

AO 72A
(Rev.8/82)

parties' joint motion. The Clerk is **DIRECTED** to **CONSOLIDATE** the above-style actions under *Perrymond v. Lockheed Martin Corporation*, *et al.*, Civil Action Number 1:09-cv-1936-TWT. The parties **SHALL** have through and including September 1, 2010, to complete discovery in these consolidated cases. No further exceptions shall be granted except in "exceptional cases," *i.e.* "where the circumstances on which the request is based did not exist or the . . . attorneys could not have anticipated that such circumstances would arise." N.D. Ga. R. 26.2B. Finally, the parties **SHALL** have through and including October 1, 2010, to file dispositive motions.

    **IT IS SO ORDERED**, this  25th  day of  May , 2010.

                                          **ALAN J. BAVERMAN**
                                          **UNITED STATES MAGISTRATE JUDGE**

AO 72A
(Rev.8/82)