UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARNIESHEIA PERRYMOND,<br><br>    Plaintiff,<br><br>v.<br><br>LOCKHEED MARTIN CORPORATION<br>d/b/a Lockheed Martin Aeronautics Co.,<br>and DR. MARK WOOD,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO. 1:09-cv-1936-SCJ |

## J U D G M E N T

This action having come before the court, Honorable Steve C. Jones, United States District Judge on the Final Report and Recommendation of the Magistrate Judge and Defendants' Motions for Summary Judgment, and the Court having ADOPTED said recommendation in part, granted said motions in part and dismissed plaintiff's claims in part,  it is

**Ordered and Adjudged** that plaintiff take nothing, that defendants recover their costs of this action and this action be, and the same hereby is, **DISMISSED**.

Dated at Atlanta, Georgia this 22nd day of March, 2012.

                                                    JAMES N. HATTEN
                                                    CLERK OF COURT

                                                    By:  s/Amanda Querrard
                                                          Deputy Clerk

Prepared, Filed and Entered
In the Clerk's Office
   March 22, 2012
James N. Hatten
Clerk of Court

By:  s/Amanda Querrard
       Deputy Clerk