## ITEMIZATION OF COSTS

### I.
### Fees of the court reporter for all or any part of
### the transcript necessarily obtained for use in the case

| Date | Amount | Description |
|---|---|---|
| 11/1/2010 | $2,206.17 | Transcript of Marniesheia Perrymond (Vol. I) |
| 11/5/2010 | $2,919.63 | Transcript of Kathy Isley |
| 11/5/2010 | $2,274.15 | Transcript of Cheryl Larsgaard |
| 11/17/2010 | $667.84 | Transcript of Marniesheia Perrymond (Vol. II) |
| 11/19/2010 | $1,308.75 | Video Transcript of Marniesheia Perrymond |
| 11/22/2010 | $130.95 | Transcript of Hearing Before Judge Baverman on 11/5/10 |
| 11/30/2010 | $866.70 | Transcript of Kristen Madison |
| 11/30/2010 | $760.00 | Video Transcripts of Les Hicks and Cathy Clark |
| 11/30/2010 | $617.50 | Video Transcripts of Michael Blakey and Calvin Bryant |
| 11/30/2010 | $332.50 | Video Transcript of Kristen Madison |
| 11/30/2010 | $427.50 | Video Transcript of Cheryl Larsgaard |
| 11/30/2010 | $642.50 | Video Transcript of Kathy Isley |
| 11/30/2010 | $1,536.30 | Transcripts of Les Hicks and Cathy Clark |
| 12/5/2010 | $1,704.20 | Transcripts of Calvin Bryant and Michael Blakey |
| 12/6/2010 | $635.00 | Video Transcript of Marniesheia Perrymond (Vol. II) |
| 12/13/2010 | $737.50 | Video Transcript of Karen Lundy |
| 12/17/2010 | $1,264.90 | Transcript of Karen Lundy |
| 3/2/2011 | $130.95 | Transcript of Hearing Before Judge Baverman on 3/2/10 |
| 4/15/2011 | $453.10 | Transcript of 30(b)(6) - Cathy Clark |
| 4/18/2011 | $1,389.30 | Transcript of Mark Wood, M.D. |
| 4/26/2011 | $121.00 | Transcript of Hearing Before Judge Baverman on 4/6/11 |
| 4/30/2011 | $690.00 | Video Transcript of Mark Wood, M.D. |
| 4/30/2011 | $142.50 | Video Transcript of 30(b)(6) - Cathy Clark |

**Subtotal**          **$21,958.94**

## II.
## Fees for exemplification and copies of
## papers necessarily obtained for use in the case

**A.** **Court Filings.**

| Date | Pages Copied[1] | Amount[2] | Description |
|---|---|---|---|
| 11/2/2009 | 23 | $4.60 | Defendant Lockheed Martin Corporation's Answer |
| 11/2/2009 | 10 | $2.00 | Defendant Lockheed Martin Corporation's Certificate of Interested Persons and Corporate Disclosure Statement |
| 11/3/2009 | 4 | $0.80 | Notice of Appearance by Stanford Glenn Wilson on behalf Defendant Lockheed Martin Corporation |
| 11/18/2009 | 15 | $3.00 | Joint Preliminary Report and Discovery Plan |
| 11/18/2009 | 4 | $0.80 | Notice of Appearance by Douglas Jennings Miller on behalf of Defendant Lockheed Martin Corporation |
| 11/20/2009 | 17 | $3.40 | Defendant Lockheed Martin Corporation's Motion for Partial Judgment on the Pleadings with Brief In Support |
| 12/2/2009 | 19 | $1.90 | Defendant Lockheed Martin Corporation's Initial Disclosures |
| 12/18/2009 | 13 | $1.30 | Defendant Lockheed Martin Corporation's Reply in Support of its Motion for Partial Judgment on the Pleadings |
| 12/22/2009 | 3 | $0.30 | Joint Motion to Dismiss Plaintiff's State Law Claims With Prejudice |
| 12/22/2009 | 13 | $2.60 | Defendant Lockheed Martin Corporation's First Set of Interrogatories to Plaintiff |
| 12/22/2009 | 22 | $4.40 | Defendant Lockheed Martin Corporation's First Request for Production of Documents to Plaintiff |
| 12/22/2009 | 11 | $2.20 | Defendant Lockheed Martin Corporation's First Set of Interrogatories to Defendant Global |

---

[1] Copies of each document (excluding discovery requests and/or responses) entail: one file copy for Defendants to satisfy applicable professional standards, and one copy for the pro se Plaintiff through and including November 24, 2009.

Copies of discovery requests and/or responses entail one service copy for Plaintiff's attorney, as required by Fed. R. Civ. P. 5(a), and one file copy for Defendant's counsel to satisfy applicable professional standards.

[2] Client is charged for copies at a rate of 10¢ per page.

| Date | Pages Copied[1] | Amount[2] | Description |
|---|---|---|---|
| 12/22/2009 | 13 | $2.60 | Contract Professionals<br>Defendant Lockheed Martin Corporation's First Request for Production of Documents to Defendant Global Contract Professionals |
| 2/1/2010 | 26 | $5.20 | Defendant Lockheed Martin Corporation's Responses and Objections to Plaintiff's First Request for Answers to Interrogatories |
| 2/1/2010 | 44 | $8.80 | Defendant Lockheed Martin Corporation's Responses and Objections to Plaintiff's First Request for Production of |
| 2/1/2010 | 5 | $1.00 | Defendant Lockheed Martin Corporation's Responses and Objections to Plaintiff's First Request for Admission |
| 2/8/2010 | 4 | $0.40 | Defendant Lockheed Martin Corporation's Notice of Subpoenas for Production of Documents and Things to Non-Parties |
| 2/17/2010 | 7 | $0.70 | Defendant Lockheed Martin Corporation's Objections to Report and Recommendation |
| 2/17/2010 | 33 | $3.30 | Defendant Lockheed Martin Corporation's Responses and Objections to Defendant Global Contract Professionals' First Interrogatories |
| 2/17/2010 | 12 | $1.20 | Defendant Lockheed Martin Corporation's Responses and Objections to Global Contract Professionals' First Request for Admissions |
| 2/17/2010 | 16 | $1.60 | Defendant Lockheed Martin Corporation's Responses and Objections to Defendant Global Contract Professionals' First Request for Production of Documents |
| 3/8/2010 | 13 | $1.30 | Defendant Lockheed Martin Corporation's Reply to Objections to Report and Recommendation |
| 3/22/2010 | 4 | $0.40 | Joint Motion for Extension of Time to Complete Discovery |
| 3/26/2010 | 19 | $1.90 | Defendant Lockheed Martin Corporation's Response to Order to Show Cause |
| 4/5/2010 | 20 | $2.00 | Defendant Lockheed Martin Corporation's Response to Motion for Extension of Time Serve Complaint on Dr. Mark S. Wood |
| 4/9/2010 | 7 | $0.70 | Defendant Lockheed Martin Corporation's Supplemental Initial Disclosures |
| 8/24/2010 | 7 | $0.70 | Joint Motion for Extension of Time to Complete Discovery |
| 10/5/2010 | 3 | $0.30 | Defendant Lockheed Martin Corporation's Notice |

| Date | Pages Copied[1] | Amount[2] | Description |
|---|---|---|---|
| 11/1/2010 | 11 | $1.10 | to Take Deposition of Marniesheia Perrymond Defendant Lockheed Martin Corporation's Supplemental Initial Disclosures |
| 11/15/2010 | 32 | $3.20 | Defendant Lockheed Martin Corporation's Response to Order Regarding Plaintiff's Request to Take the Apex Deposition of Thomas Heiserman |
| 11/22/2010 | 41 | $4.10 | Defendant Lockheed Martin Corporation's Response in Opposition to Motion to Strike Testimony from the Record and Other Relief |
| 4/29/2010 | 8 | $0.80 | Defendant Lockheed Martin Corporation's Motion for Leave to File Excess Pages for Summary Judgment Briefs |
| 5/9/2011 | 3 | $0.30 | Defendant Lockheed Martin Corporation's Notice of Filing of Original Discovery Materials |
| 5/9/2011 | 849 | $84.90 | Defendant Lockheed Martin Corporation's Motion for Summary Judgment with Brief In Support, Exhibits, Statement of Material Facts, and Requests for Filing Original Discovery |
| 6/24/2011 | 6 | $0.60 | Defendant Lockheed Martin Corporation's Unopposed Motion for Extension of Time to File Summary Judgment |
| 7/19/2011 | 275 | $27.50 | Defendant Lockheed Martin Corporation's Reply in Support of its Motion for Summary Judgment, Response to Plaintiff's Additional Facts Which Plaintiff Contends are Material and Present a Genuine Issue for Trial, and Exhibits |
| 8/10/2011 | 8 | $0.80 | Defendant Lockheed Martin Corporation's Response to Motion for Order Permitting Surreply |
| 9/15/2011 | 7 | $0.70 | Defendant Lockheed Martin Corporation's Response to Surreply |
| 2/29/2012 | 9 | $0.90 | Defendant Lockheed Martin Corporation's Response in Opposition to Motion for Permission to File Errata Nunc Pro Tunc Objections to Report and Recommendation |
| 3/12/2012 | 29 | $2.90 | Defendant Lockheed Martin Corporation's Reply to Objections to Report and Recommendation re Objections to Report and Recommendation |

**Subtotal** **$187.20**

**B.    Documents Produced to Plaintiff**

| Date | Pages[3] | Amount | Description |
|---|---|---|---|
| 3/8/2010 | 1,390 | $139.00 | Original Bates: LM-00001 through LM-01390 |
| 7/13/2010 | 43 | $8.60 | Original Bates: LM-01391 through LM-01433 |
| 7/21/2010 | 3 | $0.60 | Original Bates: LM-01434 through LM-01436 |
| 8/26/2010 | 162 | $32.40 | Original Bates: LM-01437 through LM-01598 |
| 9/23/2010 | 101 | $20.20 | Original Bates: LM-01599 through LM-01699 |
| 1/3/2011 | 114 | $22.80 | Original Bates: LM-01700 through LM-01813 |
| 4/1/2011 | 227 | $45.40 | Original Bates: LM-01814 through LM-02040 |

**Subtotal**            **$269.00**

**C.    Outside Copies**

| Date | Amount | Description |
|---|---|---|
| 1/1/2009 | $50.00 | Copy of records obtained from the U.S. Equal Employment Opportunity Commission |
| 8/23/2010 | $85.00 | Copy of records obtained from the U.S. Bankruptcy Court |

**Subtotal**            **$135.00**

**Subtotal of A, B & C**      **$591.20**

**TOTAL**            **$22,550.14**

---

[3]  Defendant Lockheed Martin is only seeking to recover the cost for one copy of the March 8, 2010 production, as Plaintiff's counsel paid the copy service directly for Plaintiff's portion of the cost associated with that production.

The costs for the remaining documents produced include one service copy for Plaintiff's attorney, as required by Fed. R. Civ. P. 5(a), and one file copy for Defendant's counsel to satisfy applicable professional standards.

      The undersigned counsel of record for Defendant Lockheed Martin Corporation hereby certifies that the foregoing costs were incurred as a consequence of this lawsuit.

                                                        s/ Richard M. Escoffery
                                                        Georgia Bar No. 250225

Elarbee, Thompson, Sapp & Wilson, LLP
229 Peachtree Street, NE
800 International Tower
Atlanta, Georgia 30303
(404) 659-6700
(404) 222-9718 (fax)